[No. 15727-2-I. Division One. May 11, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK MICHAEL CULBERTSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00824-1, Stephen M. Reilly, J., entered November 13, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Webster, JJ.

[Nos. 17729-0-I; 17730-3-I. Division One. May 11, 1987.]

THE STATE OF WASHINGTON, *Petitioner,* v. GORDON JORGENSON, *Respondent.*

THE STATE OF WASHINGTON, *Petitioner,* v. LAWRENCE MULLEN, *Respondent.*

Appeals from judgments of the Superior Court for Whatcom County, Nos. 85-1-00361-9, 85-1-00420-8, Byron L. Swedberg, J., entered February 21, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 15277-7-I. Division One. May 11, 1987.]

*In the Matter of* MARK J. BIGFORD.

Appeal from a judgment of the Superior Court for King County, No. 81-7-00396-4, Anthony P. Wartnik, J., entered August 6, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Grosse, JJ.